NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3004

NICHOLAS S. TROBOVIC,

Petitioner,

v.

GENERAL SERVICES ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in consolidated case nos. NY0752070202-C-1, NY0752050347-C-1, PH3443080242-C-1, NY0353070004-C-1, NY0353080118-C-1, NY0353080130-C-1, NY0752080012-C-1, NY3443070005-C-1, and NY0752070003-C-1.

ON MOTION

O R D E R

Upon consideration of General Services Administration's unopposed motion for a 14-day extension of time, until January 21, 2010, to file the informal response brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 2 2010
_____
Date

cc:    Nicholas S. Trobovic
       Robert E. Chandler, Esq.

s21

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 02 2010

**JAN HORBALY**
**CLERK**